No. 860. UNITED STATES EX REL. MAINIERI *v.* NEW YORK. February 16, 1942. Petition for writ of certiorari

to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Louis Mainieri, pro se.*